■ ABDO L. HIMED, Respondent, v PATRICIA GRADY, Appellant. [619 NYS2d 558] —Order, Supreme Court, New York County (Edward Lehner, J.), entered October 21, 1993, which denied defendant's motion to renew the April 30, 1993 denial of her prior motion for leave to amend, unanimously affirmed, without costs.

We agree with the IAS Court that renewal was not warranted since defendant failed to offer an adequate excuse for failing to submit the additional evidence submitted upon renewal at the time of the initial motion (300 W. Realty Co. v City of New York, 99 AD2d 708).

Upon the record here, we reject defendant's claim that a discretionary grant of renewal would have been appropriate in this case (De Almeida v Finesod, 160 AD2d 491; Pinto v Pinto, 120 AD2d 337). We have considered defendant's other claims and find them to be without merit. Concur—Ellerin, J. P., Wallach, Ross and Williams, JJ.

(December 6, 1994)

■ 812 BROADWAY ENTERPRISES, INC., Respondent, v STEPHEN MALLORY ASSOCIATES, INC., Appellant. [620 NYS2d 939] —Judgment, Supreme Court, New York County (Beverly Cohen, J.), entered October 5, 1992, in favor of plaintiff and against defendant in the amount of $50,000, exclusive of interest, costs and disbursements, and bringing up for review a prior order, same court and Justice, granting plaintiff's motion for summary judgment in lieu of complaint, unanimously affirmed, with costs.

Summary judgment was properly granted since plaintiff's affidavit and submission of stopped checks signed by defendant were sufficient to prove a prima facie case (Seaman-Andwall Corp. v Wright Mach. Corp., 31 AD2d 136, 137, affd 29 NY2d 617), whereas the affirmation of defendant's attorney in opposition was without evidentiary value and insufficient to raise a triable issue of fact (GTF Mktg. v Colonial Aluminum Sales, 66 NY2d 965, 967; Zuckerman v City of New York, 49 NY2d 557, 563). Concur—Murphy, P. J., Rosenberger, Ross, Rubin and Williams, JJ.